# United States Court of Appeals

**For the Seventh Circuit**
**Chicago, Illinois 60604**

August 3, 2016

**Before**

WILLIAM J. BAUER, *Circuit Judge*

KENNETH F. RIPPLE, *Circuit Judge*

ILANA DIAMOND ROVNER, *Circuit Judge*

No. 15-1720

| | |
|---|---|
| Kimberly Hively, | Appeal from the United States District Court |
|     *Plaintiff-Appellant*, | for the Northern District of Indiana, |
| | South Bend Division |
|    *v.* | |
| Ivy Tech Community College, | No. 3:14-cv-1791 |
| South Bend, | |
|     *Defendant-Appellee.* | Rudy Lozano, *Judge* |

**O R D E R**

This Court's opinion of July 28, is amended as follows:

On page 7 of the opinion, the word "discrimination" should be inserted between the words "orientation" and "in" so that the complete sentence which begins on page 6 and carries over to page 7 reads as follows:

> Moreover, Congress has not acted to amend Title VII even in the face of an abundance of judicial opinions recognizing an emerging consensus that sexual orientation discrimination in the workplace can no longer be tolerated.